IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LUCY KASSON, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO.  03-778-GPM |
| | ) |
| UNION PLANTERS CORPORATION, d/b/a | ) |
| Union Planters Investment Advisors, Inc., | ) |
| | ) |
|       Defendant. | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

Plaintiff filed this employment discrimination case on November 21, 2003, claiming that she was denied a promotion and ultimately was terminated on the basis of her sex and her age in violation of Title VII of the Civil Rights Act of 1964 (Title VII), 42 U.S.C. §§ 2000e through 2000e-17, and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §§ 621 through 634, respectively.  This matter came before the Court on September 12, 2005, for a hearing on Defendant's motion for summary judgment.

The standard applied to summary judgment motions filed under Federal Rule of Civil Procedure 56 is well-settled and has been succinctly stated as follows.

> Summary judgment is proper when the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law.  In determining whether a genuine issue of material fact exists, [the court] must view the record in a light most favorable to the nonmoving party.  Because the primary purpose of summary judgment is to isolate and dispose of factually unsupported claims, the nonmovant may not rest on the pleadings but must respond, with affidavits or otherwise, setting forth specific facts

> showing that there is a genuine issue for trial. The evidence must create more than some metaphysical doubt as to the material facts. A mere scintilla of evidence in support of the nonmovant's position is insufficient; a party will be successful in opposing summary judgment only when it presents definite, competent evidence to rebut the motion.

*Albiero v. City of Kankakee*, 246 F.3d 927, 931-32 (7th Cir. 2001) (internal citations and quotations omitted). For the reasons fully expressed on the record during the September 12th hearing, the Court finds that genuine issues of material fact exist to preclude summary judgment on both the failure to promote and termination claims. While Defendant may be able to defend its decisions at trial, the Court cannot so find on the record currently before it. Plaintiff has presented sufficient proof of a prima facie case and pretext to warrant a trial on her claims. Accordingly, Defendant's motion (Doc. 28) is **DENIED**.

    **IT IS SO ORDERED.**

    DATED: 09/15/05

                                    s/ G. Patrick Murphy
                                    G. PATRICK MURPHY
                                    Chief United States District Judge