IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LUCY KASSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No.  03-778-GPM |
| ) | |
| UNION PLANTERS CORPORATION, ) | |
| d/b/a Union Planters Investment ) | |
| Advisor, Inc., ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff, **LUCY KASSON,** and Defendant, **UNION PLANTERS CORPORATION, d/b/a Union Planters Investment Advisor, Inc.,** that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed November 4, 2005, each party to bear their own costs.

Dated: January 12, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. Cook
        Deputy Clerk

Approved by:

 s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**